UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

GLOBAL FISH HANDLERS
CORPORATION,

    Debtor.
_____/

Case No.: 19-11167-LMI

Chapter 11

**MOTION BY BC FACTORING, LLC TO (1) ENFORCE ORDER GRANTING U.S. TRUSTEE'S EMERGENCY MOTION TO CONVERT OR DISMISS CASES AND APPROVING SETTLEMENT AND (2) COMPEL TURNOVER OF SETTLEMENT FUNDS WRONGFULLY PAID TO ASSOCIATED GROCERS OF FLORIDA, INC.**

BC Factoring, LLC ("BC Factoring"), by and through its undersigned counsel, files this motion ("Motion") seeking an order: (1) enforcing the Court's *Order Granting U.S. Trustee's Emergency Motion to Convert or Dismiss Cases and Approving Settlement By and Between Associated Grocers of Florida, Inc., and Debtor* [ECF 59] (the "Settlement/Dismissal Order"); and (2) compelling the turnover of settlement funds wrongfully paid to Associated Grocers of Florida, Inc. ("Associated"), and in support thereof, respectfully states:

1.      On March 8, 2019, the Court entered the Settlement/Dismissal Order. The Settlement/Dismissal Order provides, *inter alia*: (1) for a settlement of the Debtor's issues with Associated with two payments of $50,000.00 by the Debtor to Associated in return for Associated allowing the Debtor to remain at its business premises through April 30, 2019; (2) that "the Debtor will not fund the Settlement from any of BC Factoring LLC's collateral or the proceeds of any such collateral" and (3) for the dismissal of the above referenced Chapter 11 case with the Court retaining jurisdiction to enforce the above settlement.

2.      Pursuant to the *Account Purchase and Security Agreement* between BC Factoring and the Debtor dated May 5, 2017 and the UCC-1 Financing Statement filed on the same date, BC

Factoring is a first perfected secured creditor of the Debtor. BC Factoring's collateral includes, *inter alia*, present and future accounts, furniture and fixtures, inventory, equipment, money, and all other assets of the Debtor. The Debtor agrees that BC Factoring is a secured creditor. *See* Amended Schedule "D" [ECF 53] which lists BC Factoring as a secured creditor with a lien on "all aasets [sic] of the debtor."

3.     On March 20, 2019, Associated filed a motion to enforce the Settlement/Dismissal Order (*see* ECF 62) (the "Associated Motion"). According to the Associated Motion, the Debtor has breached the terms of the settlement by, *inter alia*, only having paid $30,000.00 to Associated (the "Settlement Payment"). Associated is requesting the immediate turnover of peaceful possession of the business premises from the Debtor.

4.     According to the Associated Motion, the $30,000.00 Settlement Payment that was made was accomplished via wire transfer from GULFSTREAM TRANSFER LLC. Associated Motion, p. 2, ¶ 4.

5.     The accounts receivable of GULFSTREAM TRANSFER LLC appear to be the accounts receivable of Debtor and, accordingly, the collateral of BC Factoring. Indeed, the Debtor's accounts receivable set forth in Exhibit 1 to the Debtor's Amended Schedule "B" [ECF 53-1], states "GULFSTREAM TRANSFER LLC A/R Aging Summary". *See* Exhibit "A" attached hereto. The Debtor disclosed no other accounts receivable in its schedules. Furthermore, funds generated by the collection of the GULFSTREAM TRANSFER LLC accounts receivable comprised all of the contemplated revenue in the Debtor's Chapter 11 case. *See* Debtor's Cash Budget Projection, ECF 45-1, attached hereto as Exhibit "B."

6.     Furthermore, GULFSTREAM TRANSFER LLC is listed as the entity that paid the Debtor's Chapter 11 retainer (*see* Amended Disclosure of Compensation, ECF 54, attached hereto

AARONSON SCHANTZ BEILEY P.A. | ONE BISCAYNE TOWER | 2 SOUTH BISCAYNE BLVD., 34TH FLOOR | MIAMI, FLORIDA 33131 | PH 786.594.3000 | FAX 305.424.9336

as Exhibit "C"; *see also* Amended Statement of Financial Affairs, Question 11, ECF 53). And GULFSTREAM TRANSFER LLC was not listed as a creditor on the Debtor's Amended Schedules "D" or "F" [ECF 53].

7. Furthermore, the principal place of business of GULFSTREAM TRANSFER LLC and the Debtor are the same, and is also the location of the Debtor's business premises: 3555 NW 77th Ave., Suite 108, Miami, FL 33122. *See* 2018 Annual Reports of the Debtor and GULFSTREAM TRANSFER LLC filed with the Florida Secretary of State attached hereto as Composite Exhibit "D."

8. Accordingly, it appears that the Debtor has violated the Settlement/Dismissal Order by paying Associated $30,000.00 from BC Factoring's collateral, and that Associated has violated the Settlement/Dismissal Order by knowingly accepting these funds. BC Factoring requests an order of this Court compelling the turnover of these funds to BC Factoring.

9. WHEREFORE, BC Factoring respectfully requests that this Court enter an order granting this Motion and directing Associated to turn over the Settlement Funds to BC Factoring, and for any other and further relief that this Court deems just and proper.

Dated: March 25, 2019.

*[Remainder of page intentionally left blank]*

3

AARONSON SCHANTZ BEILEY P.A. | ONE BISCAYNE TOWER | 2 SOUTH BISCAYNE BLVD., 34TH FLOOR | MIAMI, FLORIDA 33131 | PH 786.594.3000 | FAX 305.424.9336

Respectfully submitted,

**Aaronson Schantz Beiley P.A.**

/s/ Samuel J. Capuano
Geoffrey S. Aaronson, Esq.
Florida Bar No. 349623
gaaronson@aspalaw.com
Samuel J. Capuano, Esq.
Florida Bar No. 90946
scapuano@aspalaw.com
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Ph: 786.594.3000
Fax: 305.424.9336
*Attorneys for BC Factoring, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on March 25, 2019, via email through the Court's CM/ECF system to all parties on the Electronic Mail Notice List below.

/s/ Geoffrey S. Aaronson
Geoffrey S. Aaronson, Esq.

**Electronic Mail Notice List**

- **Geoffrey S. Aaronson** gaaronson@aspalaw.com
- **Samuel J Capuano** scapuano@aspalaw.com
- **Mendy Lieberman** mmlegalpa@gmail.com, llevey@leveylaw.com, leveylieberman@gmail.com, liebermanlawyers@gmail.com, dlacayo@leveylaw.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Ariel Rodriguez** ariel.rodriguez@usdoj.gov
- **Robert A. Schatzman** robert.schatzman@gray-robinson.com, lauren.rome@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com
- **Richard Siegmeister** rspa111@att.net, rspa-ernest@att.net
- **Steven J. Solomon** steven.solomon@gray-robinson.com, lauren.rome@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com
- **David Neal Stern** dnstern@fwblaw.net, mkassower@fwblaw.net; rbyrnes@fwblaw.net; davidnstern@gmail.com