

**ORDERED in the Southern District of Florida on April 25, 2019.**

_____

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                                CASE NO.: 19-bk-11167-LMI

GLOBAL FISH HANDLERS
CORPORATION,                                        CHAPTER 11

           Debtor.

_____/

**ORDER TO SHOW CAUSE WHY THE DEBTOR, GLOBAL FISH HANDLERS
CORPORATION, AND ITS AUTHORIZED REPRESENTATIVE
CARL CRUZ, SHOULD NOT BE HELD IN CONTEMPT OF COURT [D.E. #73]**

        This matter came before the Court upon Motion of Associated Grocers of Florida, Inc.

("Associated") for the entry of an _Order Granting Motion for Entry of Order to Show Cause Why_

_the Debtor, Global Fish Handlers Corporation, and Its Authorized Representative Carl Cruz,_

_Should Not Be Held in Contempt of Court_ [D.E. #73] ("Motion for Order to Show Cause") and

upon, the representations set forth in the Motion for Order to Show Cause, and otherwise, being

fully advised in the premises, it is thereupon:

# 13508377 v1

Case No.: 19-bk-11167-LMI

**ORDERED** and **ADJUDGED** that:

1.      Associated's Motion for Order to Show Cause is **GRANTED**.

2.      The Debtor, Global Fish Handlers Corporation ("Debtor") and its Authorized Representative, Carl Cruz ("Cruz") shall appear before this Court on **May 14, 2019 at 11:30 AM** before the **Honorable Laurel M. Isicoff, Chief United States Bankruptcy Judge, at the following location: C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128**, and show cause why the Debtor and/or Cruz should not be held in civil contempt and sanctioned accordingly for failing and refusing to comply with this Court's *Order Granting U.S. Trustee's Emergency Motion to Convert or Dismiss Case and Approving Settlement by and Between Associated Grocers of Florida, Inc. and Debtor, and for Expedited Hearing* [D.E. 68] ("Order to Enforce"), *inter alia,* to comply with decretal paragraph 3 by dismissing, with prejudice, its pending counterclaim filed against Associated in Florida Circuit Court, Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No; 2018-040529-CA-01.

3.      The Debtor and Cruz shall appear before this Court as herein decreed and show good cause why the Debtor and/or Cruz shall not be adjudicated in civil contempt of this Court for failing and refusing to comply with this Court's Order to Enforce [D.E. #68] and sanctioned accordingly.

4.      This Court reserves the right to grant such other and further relief as it deems just and proper.

# # #

**Submitted by:**
Robert A. Schatzman, Esquire
Robert.Schatzman@Gray-Robinson.com
*(Attorney Schatzman is directed to serve a copy of this Order upon all interested parties required and to file a certificate of service).*